HATTIE F. NASH ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF EAST HARTFORD ET AL.

The named defendant's motion to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Lester S. Fleish,* assistant corporation counsel, for the appellee (named defendant).

*James D. Mirabile,* for the appellants (plaintiffs).

Argued October 2—decided October 2, 1973

The plaintiffs' motion for judgment by default in the appeal from the Court of Common Pleas in Hartford County is denied.

*James D. Mirabile,* for the appellants (plaintiffs).

*Lester S. Fleish,* assistant corporation counsel, for the appellee (named defendant).

Argued October 2—decided October 2, 1973

ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's amended motion for rectification, for vacating of judgment and for an order for a new trial in the appeal from the Superior Court in Hartford County is denied and that appeal shall remain on the docket to take its usual course.

*Nina B. Varley,* pro se, the appellant (defendant).

*Dominic A. DiCorleto,* for the appellee (plaintiff).